

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 2:20-CR-__92__ |
| v. ) | |
| ) | JUDGE __Greer__ |
| MATTHEW LEE SERPAS ) | |
| a/k/a a person with the initials D.D.H. ) | FILED UNDER SEAL |
| ) | |

# INDICTMENT

## COUNT ONE
### (False Use of a Social Security Number, 42 U.S.C. § 408(a)(7)(B))

The Grand Jury charges that on or about April 10, 2017, within the Eastern District of Tennessee and elsewhere, defendant, MATTHEW LEE SERPAS, using the alias of a person whose initials are D.D.H., for the purpose of obtaining something of value from any person, that is, a Tennessee identification card, and for other purposes, willfully, knowingly, and with the intent to deceive, falsely represented that his Social Security account number was 412-81-xxxx in a written document and record, that is, a written Application for Tennessee Driver's License, when in fact, as defendant well knew, Social Security account number 412-81-xxxx was not assigned to defendant.

[42 U.S.C. § 408(a)(7)(B)]

## COUNT TWO
### (Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1))

On or about April 10, 2017, within the Eastern District of Tennessee and elsewhere, MATTHEW LEE SERPAS, using the alias of a person whose initials are D.D.H., during and in relation to the felony violation of false use of a social security number as alleged in Count One, above, did knowingly transfer, possess, and use, without lawful authority, the means of

identification of another person, that is, the name, date of birth, and Social Security number of the actual person whose initials are D.D.H.

[18 U.S.C. § 1028A(a)(1)].

A TRUE BILL:

███████████████████████

GRAND JURY FOREPERSON

J. DOUGLAS OVERBEY
United States Attorney

By: _____
Mac D. Heavener, III
Assistant United States Attorney